FILED

01/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0323

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0323

---

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

RANDY VAUGHN SNEED,

     Defendant and Appellant.

---

## GRANT OF EXTENSION

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 18, 2023, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 11 2023